IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES HOLLAND et. al.<br><br>    Defendants. | No. CR05-00341-AWI<br><br>ORDER CONTINUING MOTIONS HEARING DATE TO<br>FEBRUARY 27, 2006 |

    WHEREFORE GOOD CAUSE APPEARING, AND UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the Hearing date presently scheduled on January 23, 2006 is continued to February 27, 2006 at 9:00 a.m.

    IT IS FURTHER ORDERED THAT defendants shall file Motions no later than February 9, 2006, Government Response is due on February 21, 2006, and any Reply is due on February 24, 2006.

IT IS SO ORDERED.

**Dated:   December 13, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE