IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR05-00341-AWI |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING MOTIONS HEARING DATE TO |
| | ) | APRIL 10, 2006 |
| vs. | ) | |
| | ) | |
| JAMES HOLLAND et. al. | ) | |
| | ) | |
| Defendants. | ) | |

WHEREFORE GOOD CAUSE APPEARING, AND UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the Status Conference and Motion Hearing date presently scheduled for February 27, 2006 is continued to April 10, 2006 at 9:00 a.m.

IT IS FURTHER ORDERED THAT defendants shall file Motions no later than March 20, 2006, Government Response is due on April 3, 2006, and any Reply is due on April 7, 2006.

IT IS SO ORDERED.

**Dated:   February 10, 2006**          **/s/ Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER
*USA vs. HOLLAND et al* CR05-00341-AWI