IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>                    Plaintiff,             )<br>                                                           )<br>         vs.                                         )<br>                                                           )<br>JAMES HOLLAND et. al.            )<br>                                                           )<br>                    Defendants.         )<br>_____) | No.  CR05-00341-AWI<br><br>ORDER CONTINUING APRIL 10, 2006<br>MOTIONS HEARING  TO MAY 15, 2006 |

　　　　WHEREFORE GOOD CAUSE APPEARING, AND UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the Status Conference and Motion Hearing  date presently scheduled for April 10, 2006 is continued to May 15, 2006 at 9:00 a.m.

　　　　IT IS FURTHER ORDERED THAT defendants shall file Motions no later than May 1, 2006, Government Response is due on May 8, 2006, and any Reply is due on May 12,  2006.

　　　　IT IS SO ORDERED.

**Dated:     April 6, 2006** 　　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
*USA vs. HOLLAND et al* CR05-00341-AWI