McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS, AUSA
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br><br><br>JAMES DALE HOLLAND, et al.,<br><br>                Defendants.<br>_____ | Case No. 1:05-CR-0341 AWI<br><br>STIPULATION TO CONTINUE DATE<br>FOR HEARING ON DEFENDANTS<br>MOTIONS AND ORDER<br><br>DATE: May 30, 2006<br>TIME:  9:00 a.m.<br>PLACE: Courtroom 2<br>Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the motions hearing presently scheduled before the Honorable Anthony W. Ishii for May 30, 2006 at 9:00 a.m. be continued to June 12, 2006 at 9:00 a.m.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

///

///

The parties agree that the resulting period of delay occurring between May 30, 2006, and the date for hearing the motions, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F).

IT IS SO STIPULATED:

Dated: May 25, 2006              McGregor W. Scott
                                 United States Attorney

                                 /s/ Kathleen A. Servatius
                                 By: KATHLEEN A. SERVATIUS
                                     Assistant U.S. Attorney

Dated: May 25, 2006              /s/ Diana L. Weiss
                                 DIANA L. WEISS, ESQ.
                                 Attorney for Defendant
                                 JAMES DALE HOLLAND

Dated: May 25, 2006              /s/ Marc Ament
                                 MARC AMENT, AFD
                                 Attorney for Defendant
                                 MICHAEL TIMOTHY KILPATRICK

Dated: May 25, 2006              /s/ Eric Fogderude
                                 ERIC FOGDERUDE, ESQ.
                                 Attorney for Defendant
                                 THOMAS ROY WRIGHT

**ORDER**

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that hearing on defendants' motions presently set for May 30, 2006 at 9:00 a.m. is continued until June 12, 2006 at 9:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:     May 26, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                              UNITED STATES DISTRICT JUDGE

3