McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>         Plaintiff, )<br>   v. )<br>  )<br>  )<br>JAMES DALE HOLLAND, et al., )<br>  )<br>         Defendants. )<br>_____ ) | Case No. 1:05-CR-0341 AWI<br><br>ORDER TO CONTINUE DATE<br>FOR HEARING ON DEFENDANTS'<br>MOTIONS<br><br>Date:   June 26, 2006<br>Time:   9:00 a.m.<br> Honorable Anthony W. Ishii, Courtroom 2 |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendants' motions presently set for June 26, 2006 at 9:00 a.m. is continued until July 17, 2006 at 9:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:   June 23, 2006**            /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

1