McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | 1:05-CR-00341 AWI |
| ) | |
| Plaintiff,   ) | ORDER TO CONTINUE DATE |
| v.   ) | FOR HEARING ON DEFENDANTS' |
| ) | MOTIONS |
| ) | |
| JAMES DALE HOLLAND, et al.,   ) | Date:   August 16, 2006 |
| ) | Time:   9:00 a.m. |
| Defendants.   ) | Honorable Anthony W. Ishii, Courtroom 2 |
| _____ ) | |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendants' motions presently set for August 16, 2006 at 9:00 a.m. is continued until September 5, 2006 at 9:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:   August 15, 2006**          /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE

1