McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:05-CR-0341 AWI |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR HEARING ON DEFENDANTS' |
| | ) | MOTIONS |
| | ) | |
| JAMES DALE HOLLAND, et al., | ) | Date:   November 13, 2006 |
| | ) | Time:   9:00 a.m. |
| Defendants. | ) | Honorable Anthony W. Ishii, Courtroom 2 |
| _____ | ) | |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendants' motions presently set for

November 13, 2006 at 9:00 a.m. is continued until November 20, 2006 at 9:00 a.m. to be heard

before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:   November 8, 2006**                    _____/s/ Anthony W. Ishii_____
0m8i78                                                      UNITED STATES DISTRICT JUDGE

1