```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KATHLEEN A. SERVATIUS
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Room 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                      EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA,    )  Case No. 1:05-cr-00341 AWI
 9                               )
                  Plaintiff,     )  STIPULATION TO CONTINUE DATE FOR
10                               )  HEARING ON DEFENDANTS' MOTIONS
            v.                   )  AND PROPOSED ORDER
11                               )
    JAMES DALE HOLLAND, et al.,  )  DATE: December 4, 2006
12                               )  TIME: 9:00 a.m.
                  Defendants.    )  PLACE: Courtroom 2
13  _____ )  Honorable Anthony W. Ishii
14
```

15      IT IS HEREBY STIPULATED by and between the parties hereto and
16 through their attorneys of record that the motions hearing
17 presently scheduled before the Honorable Anthony W. Ishii for
18 November 20, 2006 at 9:00 a.m. be continued to December 4, 2006,
19 at 9:00 a.m.
20      All parties herein, through their respective counsel have
21 been contacted regarding the requested continuance and concur with
22 this request.
23      The parties agree that the resulting delay occurring between
24 November 20, 2006 and the date for the hearing of the motions,
25 shall continue to be excluded for speedy trial purposes purusant
26 to 18 U.S.C. § 3161(h)(1)(f).
27
28

                                    1

1 | IT IS SO STIPULATED.

2 | Dated: November 16, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Dated: November 16, 2006

/s/ Diana L. Weiss
DIANA L. WEISS
Attorney for Defendant
JAMES DALE HOLLAND

Dated: November 16, 2006

/s/ Marc Ament
MARC AMENT, AFD
Attorney for Defendant
MICHAEL TIMOTHY KILPATRICK

Dated: November 16, 2006

/s/ ERIC FOGDERUDE
ERIC FOGDERUDE, ESQ.
Attorney for Defendant
THOMAS ROY WRIGHT

**ORDER**

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendant's motions presently set for November 20, 2006 at 9:00 a.m. is continued to December 4, 2006 at 9:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:   November 17, 2006**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE