McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 01:05-CR-0341 AWI |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND ORDER FOR MONEY JUDGMENT AGAINST JAMES HOLLAND |
| v. | ) | |
| JAMES HOLLAND, | ) | |
| Defendant. | ) | |

   On December 4, 2006, defendant James Holland entered a guilty plea to Count One of the Indictment which charges him with conspiring to manufacture, distribute, and possess with intent to distribute 100 or more marijuana plants in violation of 21 U.S.C. §§ 846 and 841(a)(1).

   As part of his plea agreement with the United States, defendant Holland agreed to forfeit voluntarily and immediately $50,000.00 in a forfeiture money judgment pursuant to Fed. R. Crim. P. 32.2(b).  See Defendant Holland's Plea Agreement ¶ 2(c).  Plaintiff hereby applies for entry of a money judgment as follows:

   1. Pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant James Holland in the amount of $50,000.00.

   2. That the above-referenced personal forfeiture money judgment is imposed based on defendant James Holland's conviction for violating 21 U.S.C. §§ 846 and 841(a)(1)(Count One). Any funds applied towards such judgment shall be forfeited to the United States of America and

disposed of as provided for by law.

      3.   The personal money judgment shall be paid in full by the time of sentencing.  Payment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

DATED:   1/29/07                              McGREGOR W. SCOTT
                                                      United States Attorney

                                By:   /s/ Kathleen A. Servatius
                                          KATHLEEN A. SERVATIUS
                                          Assistant U.S. Attorney

## **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant James Holland in the amount of $50,000.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

**Dated:     January 30, 2007**                      **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE